WILLIAM F. READE, Jr. LTC USA (Ret)
Private Attorney General (pro se 42 U.S.C. 1983)
55 Captain Nickerson Road
South Yarmouth, MA 02675-1474
508-362-1230; wfreadejr@comcast.net

FILED IN CLERKS OFFICE
2021 JAN 26 AM 11: 53
US DISTRICT COURT
DISTRICT OF MASS.

Hon. Robert M. Farrell CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

January 21, 2021

21-10064 FDS

Dear Mr. Farrell,

On January 7, 2021 a petition was mailed to your office as required by 18 U.S. Code § 4. Misprision of felony; 18 U.S. Code § 2382. Misprision of treason. As of this date I have not heard from this Court.

Today is January 21, 2021, yesterday an imposter was installed as Vice President of our nation. The Petition was submitted thru you to Chief Judge F. Dennis Saylor IV, and this court for action under Rule 201. Judicial Notice of Adjudicative Facts.

It appears that this court is refusing to act as required, or the information was mishandled, when supplied with undeniable and irrefutable proof of a crime against our Constitution, to either prove or disprove the evidence.

I am again enclosing copies of Kamala Harris's Birth Certificate [EXHIBIT (A)] for your [the courts] review as prima Facia evidence that she does or does not meet the requirements of the U. S. Constitution Article 12, or the US SJC Case Law findings in other cases. [EXHIBIT (B)]

COMES NOW William Frederick Reade, Jr., Petitioner in this case, respectfully to request leave to precede with a waiver of fees for the following:

1

This Petition is being filed as mandated by the requirements of **18 U.S. Code § 4. Misprision of felony; 18 U.S. Code § 2382. Misprision of treason, and noncompliance to this is punishable under 18 U.S. Code § 3 - Accessory after the fact.** "[18 U.S. Code § 4. Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.]"

This Petition is submitted to Chief Judge F. Dennis Saylor IV, and this court for action under Rule 201. Judicial Notice of Adjudicative Facts. **Kinds of Facts That May Be Judicially Noticed.** The court may Judicially notice a fact that is not subject to reasonable dispute because it:

**(1)** is generally known within the trial court's territorial jurisdiction; or

**(2)** can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. (See EXHIBIT A & B)

Exhibit (A) her Birth Certificate is a certified copy of a vital record and was issued on March 10, 2019, and is easily verified as accurate and uncontestable.

Exhibit (B) is a list of Case Law decisions on this subject by the U S SJC. This answer's and eliminates any, question about the doctrine of judicial precedent.

Judicial precedent is the source of law where past decisions create law for judges to refer back to for guidance in future cases. Precedent is based upon the principle of stare decisis et non quieta movere, more commonly referred to as 'stare decisis', meaning to "stand by decided matters". A binding precedent is where previous decisions must be followed. This can sometimes lead to unjust decisions, which I will address when talking about the advantages and disadvantages of binding precedent. First, I will address how the process of judicial precedent works, including the hierarchical structure of the courts, moving on to the advantages and disadvantages of using the doctrine.

A binding precedent is created when the facts of a latter case are sufficiently similar to the facts of a previous case. The doctrine of precedent is often referred to as being

a rigid doctrine. Within the court hierarchy, every court is bound to previous decisions made by courts higher than them.

Judicial precedent also called case law. 'It is the system adopted by judges where the judges follow previous decisions. It simply means that the previous decision made by judges in similar cases are binding upon future cases depending on the hierarchy of the court. Therefore, under judicial precedent, a lower court is bound to follow the decision made by a higher court when there is a case which has similar material facts to a case that has decided by a higher court. Whether or not the decision is correct, a court is bound to follow the rational of any decision by a court above it in the hierarchy. For example, according to the hierarchy of the court system in Malaysia, Court of Appeal, High Court and Sessions Court is under Federal Court. Therefore, Federal Court decision automatically binds the Court of Appeal, High Court and Sessions Court.

Based on all of the above, I am requesting that court move expeditiously. If an answer is not provided to me by February 1st, 2021, I will be filing an Amicus with the Supreme Court questing all of the above and your refusal to act as required by statute 18 U.S. Code § 3 - Accessory after the fact:

Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.

Sincerely

*[signature]*

WILLIAM F. READE, Jr. LTC USA (Ret)
Private Attorney General (pro se 42 U.S.C. 1983)
55 Captain Nickerson Road
South Yarmouth, MA 02675-1474
508-362-1230; wfreadejr@comcast.net